1  TIMOTHY K. MACNEIL    SBN 46950
   Attorney at Law
2  8330 Allison Avenue, Suite A
   La Mesa, CA 91941-3807
3  Telephone: (619) 464-6500

4  Attorney for Defendant:
   **Enrique Ulises Godinez-Corona**

FILED

2007 JUN 26 AM 9:47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ro_____DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: 07 CR 1051 - JTM |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING SUBSTITUTION OF ATTORNEYS |
| Enrique Ulises GODINEZ-Corona ) | |
| Defendant. ) | |

This matter having come before this court for a regularly-scheduled hearing, on Friday, May 23, 2007 at 11:00 a.m. and the court upon hearing the request of defendant, Enrique Ulises Godinez-Corona, to substitute attorney Timothy K. MacNeil, as his attorney of record in this matter, in place and stead of his former attorney, Joseph McMullen of Federal Defenders of San Diego, and finding good cause therefore, the court granted defendant's request.

**IT IS SO ORDERED.**

Dated: 6/25/07

_____
JEFFREY T. MILLER, JUDGE
United States District Court